U.S. Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID ALLEN GEIGER, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 3:13-cv-05277-TLF <br><br> ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406 (b) |

THIS MATTER having come on regularly before the undersigned judge upon Plaintiff's unopposed Motion for Attorney's Fees Pursuant to 42 U.S.C. § 406 (b), the Court having considered the pleadings and good cause having been shown for entry of the Order, now therefore, it is hereby

ORDER – PAGE 1
3:13-cv-05277-TLF

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310

ORDERED that Plaintiff's attorney Christopher Troy Lyons is awarded a gross attorney's fee of $33,000.00 pursuant to 42 U.S.C. § 406 (b), reduced by the EAJA fee of $5358.00 previously awarded, leaving a net § 406 (b) fee of $27,642.00. Social Security is directed to send to Plaintiff's attorney a check in the amount of $27,642 or otherwise pay Plaintiff's attorney electronically. Any remaining funds being withheld by SSA after Plaintiff's attorney is paid the sum of $27,642 shall be paid to the claimant, David Geiger.

DATED this 5th day of January, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

Truitt & Lyons
Attorneys at Law
P.O. Box 1645
Coupeville, WA 98239
(360) 675-9310